PEOPLE v BUTLER-JACKSON, No. 151255; reported below: 307 Mich App 667. By order of May 27, 2015, the application for leave to appeal the November 6, 2014 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Hartwick* (Docket No. 148444). On order of the Court, the case having been decided on July 27, 2015, 498 Mich 192 (2015), the application is again considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we vacate that part of the Court of Appeals judgment addressing the propriety of court costs under MCL 771.3(5). Though probation supervision costs and reimbursement of expenses incurred in prosecuting the defendant or providing her with legal assistance are authorized under that statute, court costs are not. See *People v Cunningham*, 496 Mich 145 (2014), and *People v Juntikka*, 310 Mich App 306 (2015). We remand this case to the Macomb Circuit Court for further proceedings. In all other respects, leave to appeal is denied, because we are not persuaded that the remaining question presented should be reviewed by this Court. We do not retain jurisdiction.

PEOPLE v LAMAR HAYWOOD, No. 152168; Court of Appeals No. 326349. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we vacate the sentence of the Wayne Circuit Court on the defendant's first-degree murder conviction, and we remand this case to the trial court for resentencing on that conviction pursuant to MCL 769.25 and MCL 769.25a. See *Miller v Alabama*, 567 US 460; 132 S Ct 2455; 183 L Ed 2d 407 (2012); *Montgomery v Louisiana*, 577 US ___; 136 S Ct 718; 193 L Ed 2d 599 (2016). In all other respects, leave to appeal is denied, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). We do not retain jurisdiction.

PEOPLE v PRINCE, No. 152200; Court of Appeals No. 327540. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we vacate the Alcona Circuit Court's award of restitution in the amount of $1,332.47, and we remand this case to the circuit court for reconsideration of the amount of restitution to be ordered in light of *People v McKinley*, 496 Mich 410 (2014). We do not retain jurisdiction.